David M. Goodrich
 goodrichtrustee@sulmeyerlaw.com
Chapter 7 Trustee
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>NOH, SEUNG HO<br>NOH, LINDA<br><br>Debtor. | Case No. 2:13-bk-39690-BB<br><br>Chapter 7<br><br>**NOTICE OF UNCLAIMED DIVIDENDS (FRBP 3011)**<br><br>**[No Hearing Required]** |

**TO THE CLERK, UNITED STATES BANKRUPTCY COURT:**

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $15,141.40.  The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
|  | Catherine Antiporda | **$11,751.00** | **$11,751.00** |
| 4 | Rjm Acquisitions, LLC<br>575 Underhill Blvd<br>Suite 224<br>Syosset, NY  11791 | **$3,390.40** | **$3,390.40** |
|  |  | **TOTAL** | **$15,141.40** |

Dated:  April 18, 2017

/s/ David M. Goodrich
David M. Goodrich
Chapter 7 Trustee

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, CA 90071-1406.

A true and correct copy of the foregoing document entitled (*specify*):  NOTICE OF UNCLAIMED DIVIDENDS (FRBP 3011)  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 19, 2017 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Dane W Exnowski dane.exnowski@buckleymadole.com, cabk@BuckleyMadole.com
- Marian Garza ecfnotices@ascensioncapitalgroup.com
- David M Goodrich (TR) GoodrichTrustee@sulmeyerlaw.com, c143@ecfcbis.com
- Allan Herzlich allan@herzlich-blum.com
- Kelly S Johnson - SUSPENDED BK - ksjesq@aol.com
- Steven J. Katzman SKatzman@bmkattorneys.com, admin@bmkattorneys.com
- Lillian Kim firstlawfirm@yahoo.com
- William W Kim william@parkandlim.com
- Mary Lee leemarylaw@aol.com
- Ali Matin amatin@bmkattorneys.com, admin@bmkattorneys.com;chowland@bmkattorneys.com
- Daren M Schlecter daren@schlecterlaw.com, assistant@schlecterlaw.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)  April 19, 2017 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 19, 2017 | Lorraine L Robles | /s/ Lorraine L. Robles |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

LLR\ 2579006.1 4/19/2017 (12:41 PM) This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**